IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CRIMINAL NO. 13-529-02 |
| LANCASTER AVENUE SEAFOOD INC, <br> d/b/a "Bottom of the Sea" | : |

## ORDER

AND NOW, this 25 day of June 2015, upon consideration of the Government's Motion to Dismiss Charges Against Lancaster Avenue Seafood Inc, and any response thereto, it is hereby ORDERED that Indictment No. 13-529-02 is dismissed without prejudice.

BY THE COURT

_____
HONORABLE BERLE M. SCHILLER
United States District Judge